EDMUND GEE, State Bar No. 178627
Assistant United States Trustee
LORIS L. BAKKEN, State Bar No. 215033
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
Telephone: (916) 930-2100
Facsimile: (916) 930-2099
Email:  loris.bakken@usdoj.gov

Attorneys for United States Trustee
Tracy Hope Davis

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 21-21990 |
| | Chapter 7 |
| Troy David Cox and Angela Marie Henao, | DC NO.: UST-1 |
| Debtors. | |

**UNITED STATES TRUSTEE'S *EX PARTE*
MOTION TO REOPEN CASE**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Tracy Hope Davis, United States Trustee for Region 17, moves to reopen this case pursuant to 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010, on the following grounds:

1. On May 28, 2021 the Debtors filed a petition under chapter 7 of the Bankruptcy Code in this case.

2. The Debtors received a discharge in this case on September 13, 2021. (ECF No. 14).

3. A Final Decree ordering that this estate be closed and that the Trustee be discharged

1

was entered on September 17, 2021. (ECF No. 16).

    4.  After the case was closed, the Office of the United States Trustee was notified that the Debtors apparently failed to schedule their interest in a personal injury claim or lawsuit which appears to constitutes property of the estate under 11 U.S.C. § 541(a).

    5.  The United States Trustee requests the case be reopened pursuant to 11 U.S.C. § 350(b) and Fed.R.Bankr.P. 5010, to allow any funds resulting from the alleged property of the estate to be administered by the trustee for the benefit of the creditors.

    6.  In the event the case is reopened, the United States Trustee requests that the Court order the appointment of a trustee. A trustee is necessary at this time to evaluate the alleged property of the estate, protect the interests of creditors and the Debtor, and ensure efficient administration of the estate.

    WHEREFORE, the United States Trustee requests that her motion to reopen this case be granted, and that she have such other and further relief as is just.

Date:  September 14, 2022              Respectfully Submitted,

                                              TRACY HOPE DAVIS
                                              UNITED STATES TRUSTEE

                                              By:/s/ Loris Bakken_____
                                              LORIS BAKKEN
                                              Trial Attorney