FORM L147 Order Reopening Case  (v.3.16)                                    21−21990 − C − 7

**UNITED STATES BANKRUPTCY COURT**
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3−200
Sacramento, CA 95814
(916) 930−4400
M−F 9:00 AM − 4:00 PM
www.caeb.uscourts.gov



## ORDER REOPENING CASE

**Case Number:**   21−21990 − C − 7

**Debtor Name(s) and Address(es):**

Troy David Cox
 2708 Ione Street
Sacramento, CA 95821

Angela Marie Henao
 2708 Ione Street
Sacramento, CA 95821

**IT IS ORDERED** that the above−entitled case is hereby reopened.

**IT IS FURTHER ORDERED** that the United States Trustee is authorized to appoint a trustee in this case.

Dated:  9/14/22

ORDERED PURSUANT TO THE COURT'S GENERAL ORDER THAT DELEGATES AUTHORITY TO THE CLERK OF THE BANKRUPTCY COURT AND HIS DEPUTIES
WAYNE BLACKWELDER, CLERK

By:  __msam_____
              Deputy Clerk