EDMUND GEE, State Bar No. 178627
Assistant United States Trustee
LORIS L. BAKKEN, State Bar No. 215033
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
Telephone: (916) 930-2100
Facsimile: (916) 930-2099
Email: loris.bakken@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 21-21990 |
| | Chapter 7 |
| Troy David Cox and Angela Marie Henao, | |
| | DC NO.: UST-1 |
| Debtors. | |

**APPOINTMENT OF TRUSTEE**

Tracy Hope Davis, United States Trustee for Region 17, having received the Order Reopening Case hereby appoints the following person as trustee pursuant to 11 U.S.C. § 703:

      J. Michael Hopper
      P.O. Box 73826
      Davis, CA 95617
      Phone: (530) 757-2033

In the absence of written notification to the bankruptcy court and the United States Trustee rejecting the appointment within seven (7) days after receipt of this notice of selection, the above named individual will be deemed to have accepted this appointment as successor trustee pursuant to Rule 2008 of the Federal Rules of Bankruptcy Procedure.

Dated:  September 14, 2022            Respectfully submitted,

                                          TRACY HOPE DAVIS
                                        UNITED STATES TRUSTEE

                                        By:/s/ Loris Bakken_____
                                        LORIS BAKKEN
                                        Trial Attorney